No. 1000. JULIAN MUNSURI, PETITIONER, *v.* C. O. LORD, TRUSTEE, ETC. May 12, 1913. Petition for a writ

of certiorari to the District Court of the United States for Porto Rico granted. *Mr. Frederic R. Coudert* and *Mr. Howard Thayer Kingsbury* for the petitioner. *Mr. N. B. K. Pettingill* and *Mr. Wm. H. Hawkins* for the respondent.